# Court of Appeals
# of the State of Georgia

ATLANTA,   August 31, 2016

*The Court of Appeals hereby passes the following order:*

**A17A0022. MICHAEL GREENWOOD v. THE STATE.**

Michael Greenwood was convicted of several offenses including theft by taking in 2006. In March 2016, he filed a motion to modify his sentence. The trial court denied his motion on April 13, 2016. Thereafter, Greenwood filed a motion in arrest of judgment which the trial court considered to be a motion for reconsideration and denied it on June 30, 2016. Greenwood filed a notice of appeal on July 29, 2016. Pretermitting whether the trial court's order is directly appealable, we lack jurisdiction because Greenwood's notice of appeal is untimely.

A notice of appeal must be filed within 30 days of the entry of the order sought to be appealed. See OCGA § 5-6-38 (a). "The proper and timely filing of a notice of appeal is an absolute requirement to confer jurisdiction upon an appellate court." *Perlman v. Perlman*, 318 Ga. App. 731, 739 (4) (734 SE2d 560) (2012) (citation and punctuation omitted). The filing of a motion for reconsideration does not extend the time for filing a notice of appeal, and the denial of such a motion is not directly appealable. See *State v. White*, 282 Ga. 859, 860 (1) (655 SE2d 575) (2008); *Bell v.*

*Cohran*, 244 Ga. App. 510 (536 SE2d 187) (2000). Here, Greenwood filed his notice of appeal 107 days after entry of the order he seeks to appeal. His appeal is therefore untimely, and it is hereby DISMISSED for lack of jurisdiction.



*Court of Appeals of the State of Georgia*
   *Clerk's Office, Atlanta,*_____08/31/2016_____
   *I certify that the above is a true extract from the minutes of the Court of Appeals of Georgia.*
      *Witness my signature and the seal of said court hereto affixed the day and year last above written.*

_____*Stephen E. Castlen*_____ *, Clerk.*